UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SUSAN HENDRY,

    Plaintiff,

v.                                               Case No.  5:11-cv-465-Oc-10TBS

COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,

    Defendant.
_____/

## ORDER

Pending before the Court is defendant's Unopposed Motion for New Scheduling Order (Doc. 21).   Pursuant to Local Rule 3.01(g), counsel for defendant represents that the plaintiff's attorney has been contacted and has no objection to the requested extension of time.  Upon due consideration, defendant's motion is hereby GRANTED.  Defendant shall have 60 days from the date plaintiff files her brief within to file defendant's brief.

    IT IS SO ORDERED.

    DONE AND ORDERED in Ocala, Florida, on February 28, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel